UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA          :

      -v-                          :     ORDER

RANDY CRAIG LEVINE,               :     20 Cr. 578 (LAK)

      Defendant.                   :

- - - - - - - - - - - - - - - - - - -X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-2-22

     Upon the application of the United States of America, by and through Assistant United States Attorney Drew Skinner, and with the consent of the defendant, by and through counsel, it is hereby ORDERED that the time between the date of this Order through and including the trial date in this case on December 5, 2022, is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.

     The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will permit the parties to discuss any disposition of this matter and to prepare for any trial.

Dated: New York, New York
       November 2, 2022

                                         HON. LEWIS A. KAPLAN
                                         UNITED STATES DISTRICT JUDGE