UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
RANDY CRAIG LEVINE,

        Movant,

    -against-                              23 Civ. 5003 (LAK)
                                          (20 Cr. 578 (LAK))
UNITED STATES OF AMERICA,

        Respondent.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        The government shall answer the motion for relief pursuant to 28 U.S.C. § 2255 on or before August 21, 2023. Any reply on behalf of movant shall be served and filed no later than September 5, 2023.

        SO ORDERED.

Dated: July 18, 2023

                                                      _____
                                                             Lewis A. Kaplan
                                                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-18-2023