TRULINCS 15425509 - LEVINE, RANDY CRAIG - Unit: DAN-L-A

---

FROM: 15425509
TO:
SUBJECT:
DATE: 08/13/2023 11:41:04 AM

-
-

-RANDY CRAIG LEVINE, Pro Se
- Defendant

v.

-UNITED STATES OF AMERICA
- Plaintiff

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Case No.: 1:23-cv-05003-LAK

~~Motion to Authorize My Former Attorney Edward Vincent Sapone, Esq~~
of Sapone and Petrillo, LLP to Comply with the Court's Order Dated 7/31/2023

---

I have read the Court's Order dated July 31, 2023 and this document headed Attorney-Client Priviledge Waiver(Informed Consent). I hereby authorize my former counsel, Edward Vincent Sapone, Esq., of Sapone and Petrillo, LLP to comply with the Court's Order by giving testimony in the form ordered by the Court, relating to my petition pursuant to 28 U.S.C. & 2255 on the ground of ineffective assistance of counsel. This authorization allows my former attorneys to testify only persuant to court order, and only to the extent necessary to shed light on the allegations of ineffective assistance of counsel that are raised by my motion.

-
- Docket in 20-cr-578
- and 23-cv-5003
-
-
-
-
- Denied as unnecessary.
-
- SO ORDERED
- /s/ Lewis A. Kaplan
- LEWIS A. KAPLAN, USDJ
- 9/11/23

Respectfully Submitted,

x /s/ Randy Craig Levine
Randy Craig Levine
BOP#: 15425-509
FCI Danbury
33 1/2 Pembroke Road
Route 37
Danbury, CT 06811

Date: August 14, 2023

RECEIVED
AUG 18 2023
PRO SE OFFICE

TRULINCS 15425509 - LEVINE, RANDY CRAIG - Unit: DAN-L-A

---

FROM: 15425509
TO:
SUBJECT: Cover Letter For Case No.:1:23-cv-05003-LAK
DATE: 08/13/2023 07:16:12 PM

Randy Craig Levine, pro se
BOP#: 15425-509
FCI Danbury Federal Correctional Institution
33 1/2 Pembroke Road
Danbury, CT 06811

Clerk of Court: Ruby J. Krajick
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

RE.: 1:23-cv-05003-LAK

Dear Sir/ Madam,

    Please find attached the motion to authorize my former attorney Edward Vincent Sapone, Esq of Sapone and Petrillo, LLP to comply with the court's order dated 7/31/2023.

Respectfully Submitted,

x _____
Randy Craig Levine

Date: August 14, 2023

⇔15425-509⇔
Randy Levine
Reg No. 15425-509
Federal Correctional Institution
33 1/2 Pembroke Road
Danbury, CT 06811-3099
United States

RECEIVED
AUG 18 2023
CLERK'S OFFICE
S.D.N.Y.

WESTCHESTER NY 105
15 AUG 2023 PM 2 L

RECEIVED
AUG 18 2023
PRO SE OFFICE

Pro Se
Bc

Clerk of Court - Ruby J. Krajick
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

10007-133099

Case 1:20-cr-00578-LAK   Document 88   Filed 09/11/23   Page 4 of 6
Case 1:20-cr-00578-LAK   Document 84   Filed 08/11/23   Page 1 of 3
Case 1:20-cr-00578-LAK   Document 83   Filed 07/31/23   Page 3 of 4
Case 1:20-cr-00578-LAK   Document 82-1   Filed 07/31/23   Page 3 of 4



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

Randy Craig Levine,

Defendant.

20 Cr. 578 (LAK)

## Attorney-Client Privilege Waiver (Informed Consent)

To: Randy Craig Levine

You have filed a petition pursuant to 28 U.S.C. § 2255 on the ground of ineffective assistance of counsel by your former counsel, Edward Vincent Sapone, Esq., of Sapone & Petrillo, LLP (*see* Dkt. No. 80). The Court has reviewed your papers and determined that the Court needs to have a sworn testimonial statement from your former attorneys in order to evaluate your petition.

By filing this petition, you have waived the attorney-client privilege you had with your former counsel to the extent relevant to determining your claims. This means that, if you wish to press your claims of ineffective assistance, you cannot keep the communications between yourself and your former attorneys a secret — You must allow them to be disclosed to the Government and to the Court pursuant to court order. The Court already has issued an Order ordering your former counsel to give such testimony, in the form of a declaration. This Informed Consent form is designed to ensure that you fully understand and agree to this.

Specifically, if you wish to proceed with your petition on the basis that you received ineffective assistance of counsel, you must sign this statement and return it to the Court. The form constitutes your authorization to your former counsel to disclose confidential communications (1) only in response to a court order and (2) only to the extent necessary to shed light on the allegations of ineffective assistance of counsel that are raised by your motion.

You should know that, if you sign this authorization, you run the risk that your former counsel will contradict your statements about their representation of you. However, you should also know that the Court may deny your motion if you do not authorize your former counsel to give an affidavit in response to the Court's attached Order.

You must return this form with your signature within twenty-one days from the date on which you are served with this Order. If the Court does not receive this form with your signature within that time, the Court may deny your motion.

Case 1:20-cr-00578-LAK   Document 84   Filed 09/11/23   Page 2 of 3
Case 1:20-cr-00578-LAK   Document 88   Filed 09/11/23   Page 5 of 6
Case 1:20-cr-00578-LAK   Document 83   Filed 07/31/23   Page 4 of 4
Case 1:20-cr-00578-LAK   Document 82-1   Filed 07/31/23   Page 4 of 4

AUTHORIZATION

I have read the Court's Order dated July 31, 2023 and this document headed Attorney-Client Privilege Waiver (Informed Consent). I hereby authorize my former counsel, Edward Vincent Sapone, Esq., of Sapone & Petrillo, LLP, to comply with the Court's Order by giving testimony, in the form ordered by the Court, relating to my petition pursuant to 28 U.S.C. § 2255 on the ground of ineffective assistance of counsel. This authorization allows my former attorneys to testify only pursuant to court order, and only to the extent necessary to shed light on the allegations of ineffective assistance of counsel that are raised by my motion.

_____          Dated: 8/2/2023
Randy Craig Levine

2

