UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

ELECTRONICALLY FILED
DATE FILED: 9-20-23

UNITED STATES OF AMERICA
   -Plaintiff,

V.

CaseNo. 20-CR-578-001 (LAK)

RANDY CRAIG LEVINE, pro se
   -Defendant,

**MOTION TO COMPELL THE GOVERNMENT TO COMPLY WITH THIS COURT'S JUDGEMENT AND COMMITTMENT ORDER DATED MARCH 21, 2023**

Randy Craig Levine, pro se comes before this Honorable Court requesting that this court compel the government to comply with the judgement and committment as ordered on March 21, 2023. In this court's judgement order the court provided stipulations in section (F) (Page 6a) of the judgement for a payment schedule for Mr. Levine.

In this section of the judgement the court states:

> "The restitution shall be payable in monthly installments to the Clerk of this Court for distribution to the victims in the proportion that their respective losses bear to the sum of $5,275,000. <u>Monthly installments shall be due commensing on the 1st day of the second month following the month in which you are released</u> from the term of inmprisonment imposed..." (Doc 73 Pg 6a)(Emphasis added).

On June 1, 2023 the United States Attorney's Office from the Southern District of New York issued a letter to the Bureau of Prisons (BOP) in attempt to collect this debt which is not scheduled by the court for payments until a month after my release from my term of imprisonment. This letter has caused Levine's trust fund account to be frozen and he his unable to even purchase needed daily hygiene products to shower and shave. It is clear that the government is not in compliance with the payment schedule as set by this court.

Memorndum Endorsement                        United State v Randy Craig Levine, 20-cr-0578 (LAK)

The motion is denied without prejudice to the defendant filing a request for relief in the United States District Court for the Southern District of Florida.

SO ORDERED.

Dated:       September 20, 2023

                                                                 Lewis A. Kaplan
                                              United States District Judge