## MEMO ENDORSED

*DOCUMENT ELECTRONICALLY FILED*
*DOC #*
*DATE FILED: 9-20-23*

**RECEIVED SEP 20 2023 JUDGE KAPLAN'S CHAMBERS**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| ·-Plaintiff | : | Case No: 20-CR-578-001(LAK) |
| v. | : | |
| RANDY CRAIG LEVINE, pro se | : | |
| -Defendant | : | |

### MOTION FOR TEMPORARY RESTRAINING ORDER

Randy Craig Levine, pro se comes before this Honorable Court requesting this court to issue a Temporary Restraining Order (TRO) in the above referenced case. In this instance the Government has already encumbered the petitioner's "Trust Fund Account" and deprived the petitioner of all access to his account to include funds needed for daily substance in opposition to the Court's written order in his Judgement and Commitment Order.

It is also entirely possible that the Government will compel the Bureau of Prisons to release the funds to them immediately. This would make recovery of the inappropriately seized funds nearly impossible.

Levine asks this TRO be in effect until such time as the court rules on Levine's filing to compel the Government to comply with the Judgement and Commitment Order, and release Levine's encumbered funds to him.

Respectfully Submitted this 13th Day of September 2023,

_____
Randy Craig Levine, pro se
BOP# 15425-509
FCI Danbury

### Certificate of Service

Randy Criag Levine does hereby swear under penalty of perjury that a true and accurate copy of this motion for a TRO to:

> Damian Williams, USA
> US Attorney's Office
> 86 Chambers Street
> New York, NY 10007

Respectfully,

_____
Randy Craig Levine, pro se

*Denied without prejudice to renewal in the Southern District of Florida.*

**SO ORDERED**

_____
LEWIS A. KAPLAN, USDJ
9/20/23