UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA,

        -against-                                        20-cr-0578 (LAK) (LAK)

RANDY CRAIG LEVINE,

                Defendant.
------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        The government shall respond to the defendant's letter dated April 9, 2025 no later than May 7, 2025. Any reply on behalf of the defendant shall be filed no later than May 21, 2025.

        The Clerk shall mail a copy of this order to the defendant and note the mailing on the docket.

        SO ORDERED.

Dated:    April 16, 2025

                                                        Lewis A. Kaplan
                                                 United States District Judge