```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

United States of America,

    v.

Randy Craig Levine,

             Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

20-CR-578-001 (LAK)

## ORDER

LEWIS A. KAPLAN, *District Judge.*

    Defendant's letter motion filed on April 16, 2025 (DI 100) and subsequent responsive correspondence is referred to the magistrate judge on duty today, the Hon. Barbara C. Moses.

    The referral is for pre-hearing management, if necessary to hold evidentiary hearing, and production of a report and recommendation to this Court.

    SO ORDERED.

Dated:    June 25, 2025

                                                           _____
                                                                 Lewis A. Kaplan
                                                          United States District Judge